**EXHIBIT 2:** INFRINGEMENTS #1-2
URL: https://www.facebook.com/MTV/



**EXHIBIT 2:** INFRINGEMENTS #3-4
URL: htttps://x.com/MTV



**EXHIBIT 2:** INFRINGEMENT #5

URL: https://www.facebook.com/MTV/posts/pfbid0CTW5rnxuRedBwDrHi4GMy8vTdZs774ZxyxRtvvGMbekyBwxKhQQ6FPtPKynRwJtYl



**EXHIBIT 2:** INFRINGEMENT #6

URL:
https://www.facebook.com/MTV/posts/pfbid02dsjEJcsXtmpXy1uKYLjicSfa32KAfvvkDz6vqHe1bkKAx7C98Dg5m2sEdeVdh7sMl

